No. 72–5797. WILLIAMS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 72–5995. HAYWOOD *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 72–6066. RICHARD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–6080. KRUSE *v.* GAGNON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–6084. BOAG *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–6086. WHITE *v.* BROUGH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 72–6092. JONES *v.* MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 72–6093. CARTER *v.* GUPTON, JUDGE, ET AL. Sup. Ct. Tex. Certiorari denied.

No. 72–6094. BRITTAIN *v.* WHALEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–6096. COLE *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 72–6112. CONKLIN *v.* BRITTON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 72–6151. MORRIS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 72–6162. NELSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 72–6171. DEMPSEY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.